B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Allen Dale Sisler**,  
Debtor

Case No. __11-00787-8-JRL__

Chapter __13__

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 542,863.00 | | |
| B - Personal Property | Yes | 4 | 103,919.00 | | |
| C - Property Claimed as Exempt | Yes | 5 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 262,191.18 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 1,031.10 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 883,300.47 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,835.63 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,736.56 |
| Total Number of Sheets of ALL Schedules | | 39 | | | |
| | | Total Assets | 646,782.00 | | |
| | | | Total Liabilities | 1,146,522.75 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re **Allen Dale Sisler**, Debtor

Case No. **11-00787-8-JRL**

Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 1,031.10 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 1,031.10 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,835.63 |
| Average Expenses (from Schedule J, Line 18) | 5,736.56 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,219.67 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 4,057.79 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 1,031.10 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 883,300.47 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 887,358.26 |

B6F (Official Form 6F) (12/07)

In re  **Allen Dale Sisler**,            Case No. __11-00787-8-JRL__
                  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x3947** <br><br> **1 Source Data Acctg Dept** <br> **Attn: Managing Agent** <br> **6106 Innovation Way** <br> **Carlsbad, CA 92009-1728** | X | - | **Charges made by Camelot Homes after it was sold. Debtor did not apply for this loan, nor did he sign any paperwork.** | | | X | **1,846.08** |
| Account No. **x3689** <br><br> **A Sani-Can** <br> **Attn: Managing Agent** <br> **8151 Webbs Road** <br> **Denver, NC 28037** | X | - | **Business debt. Camelot #1 Homes** | | | X | **Unknown** |
| Account No. <br><br> **AMCO Ins Co dba Nationwide** <br> **Attn: Managing Agent** <br> **1100 Locust** <br> **Des Moines, IA 50391** | | - | **Possible charges arrising from fire of Western Sizzlin'** | | | | **Unknown** |
| Account No. <br><br> **AMCO Ins Co dba Nationwide** <br> **Attn: Managing Agent** <br> **PO Box 30000** <br> **Raleigh, NC 27622-3000** | | | **Representing:** <br> **AMCO Ins Co dba Nationwide** | | | | **Notice Only** |

__16__ continuation sheets attached            Subtotal <br>
                                             (Total of this page)       **1,846.08**

B6F (Official Form 6F) (12/07) - Cont.

In re **Allen Dale Sisler**, Case No. **11-00787-8-JRL**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx4082**<br><br>**Aurora Loan Services**<br>**Attn: Bankruptcy Corresp**<br>**PO Box 1706**<br>**Scottsbluff, NE 69363-1706** | - | | **Possible deficiency on foreclosure: 401 Cambrige Circle, Garden City, SC** | | | | **Unknown** |
| Account No.<br><br>**Myrtle Greens HOA**<br>**Attn: Managing Agent**<br>**395 Myrtle Greens Drive**<br>**Conway, SC 29526** | | | **Representing:**<br>**Aurora Loan Services** | | | | **Notice Only** |
| Account No. **xxx0186**<br><br>**BAC Home Loans fka Wilshire**<br>**Attn: Managing Agent**<br>**7105 Corporate Drive**<br>**Plano, TX 75024-4100** | - | | **Possible deficiency on foreclosure: 380-G Myrtle Green, Conway, SC** | | | | **Unknown** |
| Account No.<br><br>**Myrtle Greens HOA**<br>**Attn: Managing Agent**<br>**395 Myrtle Greens Drive**<br>**Conway, SC 29526** | | | **Representing:**<br>**BAC Home Loans fka Wilshire** | | | | **Notice Only** |
| Account No.<br><br>**Baker Distributers**<br>**Attn: Managing Agent**<br>**501 W Main Ave**<br>**Gastonia, NC 28052** | - | | **Business debt. Personal guarantee.** | | | | **Unknown** |

Sheet no. **1** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Allen Dale Sisler**, Case No. **11-00787-8-JRL**
　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Baldwin Co Public Fire Adjusters**<br>**Attn: Don Foster**<br>**222 Balwin Ave**<br>**Charlotte, NC 28204** | | - | **Business debt. Personal guarantee. (Bill has not yet been received.)** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-7726**<br>**Bank of America Inquiries**<br>**Attn: Managing Agent**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | | - | **Credit card purchases.** | | | | **9,462.00** |
| Account No. **xxxx-xxxx-xxxx-9850**<br>**Bank of America Inquiries**<br>**Attn: Managing Agent**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | | - | **Credit card purchases.** | | | | **4,325.00** |
| Account No.<br>**Bass Grading Inc.**<br>**Attn: Managing Agent**<br>**4870 Caleb Road**<br>**Maiden, NC 28650** | X | - | **Business debt. Camelot #1 Homes** | | | X | **Unknown** |
| Account No. **xxxxxx0473**<br>**Belfor Construction**<br>**Attn: Managing Agent**<br>**4800 F Sirus Lane**<br>**Charlotte, NC 28208** | X | - | **Business debt. Personal guarantee. (Interest has not been added to total.)** | | | X | **5,834.00** |

Sheet no. **2** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **19,621.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Allen Dale Sisler**, Case No. **11-00787-8-JRL**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx0473<br><br>Belfor USA Group<br>Attn: Managing Agent<br>185 Oakland Ave, Ste 300<br>Birmingham, MI 48009 | | | Representing:<br>Belfor Construction | | | | Notice Only |
| Account No. 3524<br><br>Bennett Brick<br>Attn: Jon Bennett<br>PO Box 10<br>Kings Mountain, NC 28086 | X | - | Business debt. Personal guarantee. Camelot #1 Homes | | | X | Unknown |
| Account No. xxx xxxxx33-00<br><br>Bennett Truck Transport LLC<br>Attn: Managing Agent<br>PO Box 100005<br>McDonough, GA 30253-9305 | X | - | Charges made by Camelot Homes after it was sold. Debtor did not apply for this loan, nor did he sign any paperwork. | | | X | 1,248.00 |
| Account No.<br><br>Champion Homes<br>Attn: Managing Agent<br>PO Box 1148<br>Lillington, NC 27546 | | | Representing:<br>Bennett Truck Transport LLC | | | | Notice Only |
| Account No.<br><br>Camelot #1 Homes<br>Attn: Managing Agent<br>2626 S York Road<br>Gastonia, NC 28052 | | - | Business debt. Personal guarantee. | | | | Unknown |

Sheet no. **3** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,248.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Allen Dale Sisler**, Case No. **11-00787-8-JRL**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx #x: x1011; x9868** <br><br> **Century Building Supply** <br> **Attn: Managing Agent** <br> **215 Bulb Avenue** <br> **Gastonia, NC 28052** | X | - | **Business debt. Personal guarantee. Camelot #1 Homes** | | | X | **203.00** |
| Account No. <br><br> **Chen Development LLC** <br> **Attn: Managing Agent** <br> **21235 Catawba Ave** <br> **Cornelius, NC 28031** | | - | **Business Debt. Personal guarantee.** | | | | **9,900.00** |
| Account No. **xxxx185.0; xxxx945.0** <br><br> **Cherry, Bekaert & Holland** <br> **Attn: TJ Wilson** <br> **1111 Metropolitan Ave, Ste 1000** <br> **Charlotte, NC 28204** | X | - | **Business debt. Personal guarantee. Camelot #1 Homes** | | | X | **4,200.00** |
| Account No. **xxxx185.0** <br><br> **Cherry, Bekaert & Holland** <br> **Attn: Managing Agent** <br> **PO Box 25549** <br> **Richmond, VA 23261-5549** | | | **Representing:** <br> **Cherry, Bekaert & Holland** | | | | **Notice Only** |
| Account No. <br><br> **Chex Systems, Inc.** <br> **Attn: Customer Relations** <br> **7805 Hudson Road, Ste 100** <br> **Woodbury, MN 55125-1595** | | J | **Notices only** | | | | **0.00** |

Sheet no. **4** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **14,303.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Allen Dale Sisler**                                         ,     Case No.  **11-00787-8-JRL**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Community First Media**<br>**Attn: Managing Agent**<br>**503 N Lafayette Street**<br>**Shelby, NC 28150** | X | - | **Business debt. Camelot #1 Homes** | | | X | **Unknown** |
| Account No.<br>**CVC Equipment**<br>**Attn: Walter Vess Jr.**<br>**316 Old Stubbs Road**<br>**Cherryville, NC 28021** | | - | **Business debt. Personal guarantee.** | | | | **Unknown** |
| Account No.<br>**Cynthia Carswell**<br>**2626 S York Road**<br>**Gastonia, NC 28052** | | - | **Business debt. Personal guarantee.** | | | | **Unknown** |
| Account No.<br>**Cynthia Carswell / Tim Walker**<br>**2626 S York Rd**<br>**Gastonia, NC 28052** | | - | **Business debt. Personal guarantee.** | | | | **Unknown** |
| Account No.<br>**David Lee**<br>**David Lee Mobile Home Trucking**<br>**1142 Old Willis School Road**<br>**Dallas, NC 28034-8691** | | - | **Business debt. Camelot #1 Homes.** | | | | **Unknown** |

Sheet no. __5__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Allen Dale Sisler**, Case No. **11-00787-8-JRL**
　　　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**DF Mobile Home Movers**<br>**Attn: Donald Freeman**<br>**PO Box 98**<br>**Crouse, NC 28033** | | - | **Business debt. Personal guarantee.** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-9751**<br><br>**Discover Bky Notices-GEMB**<br>**Attn: Managing Agent**<br>**PO Box 103104**<br>**Roswell, GA 30076** | X | - | **Credit card purchases. Business debt. Personal guarantee.** | | | | **4,699.00** |
| Account No. **xxxx xxxx xxxx 9744**<br><br>**Sam's Club Discover Corresp**<br>**Attn: Managing Agent**<br>**PO Box 981064**<br>**El Paso, TX 79998-1064** | | | **Representing:**<br>**Discover Bky Notices-GEMB** | | | | **Notice Only** |
| Account No. **xxx.x4400**<br><br>**Dixie Group**<br>**Attn: Managing Agent**<br>**2208 S Hampton Street**<br>**Dalton, GA 30721** | X | - | **Business debt. Personal guarantee. Camelot #1 Homes** | | | X | **Unknown** |
| Account No.<br><br>**Donald Sossamon**<br>**7475 Sifford Road**<br>**Stanley, NC 28164** | X | - | **Business debt. Camelot #1 Homes** | | | X | **Unknown** |

Sheet no. **6** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,699.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Allen Dale Sisler**,  Case No. **11-00787-8-JRL**
                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **755** <br><br> **Eagle Building Center Inc.** <br> **Attn: Managing Agent** <br> **PO Box 258** <br> **Clover, SC 29710** | X | - | **Business debt. Personal guarantee. Camelot #1 Homes. The majority of this debt was charged by the new owners of Camelot #1 Homes after Debtor closed account on 8/29/10.** | | | X | **11,347.00** |
| Account No. **xxxx-xx-xx-x0102** <br><br> **Alford Haselden** <br> **Haselden, Owen, et al** <br> **PO Box 173** <br> **Clover, SC 29710** | | | **Representing:** <br> **Eagle Building Center Inc.** | | | | **Notice Only** |
| Account No. **xxx7161** <br><br> **Fairway Outdoor Advertising** <br> **Attn: Managing Agent** <br> **PO Box 60125** <br> **Charlotte, NC 28260** | X | - | **Business debt. Camelot #1 Homes** | | | X | **Unknown** |
| Account No. <br><br> **G&G Masonry** <br> **Attn: Bobby Gladden** <br> **113 Vida Lane** <br> **Cherryville, NC 28021** | | - | **Business debt. Personal guarantee.** | | | | **Unknown** |
| Account No. **xx-xxxx-xxx3668** <br><br> **GE Money Bank c/o B-Line, LLC** <br> **MS 550** <br> **PO Box 91121** <br> **Seattle, WA 98111-9221** | | - | **Credit card purchases** <br> **Lowe's** | | | | **3,134.66** |

Sheet no. **7** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **14,481.66**

B6F (Official Form 6F) (12/07) - Cont.

In re **Allen Dale Sisler**, Case No. **11-00787-8-JRL**
                                      Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Recovery Management Systems Corp.** <br> **Attn: Ramesh Singh** <br> **25 SE 2nd Avenue, Suite 1120** <br> **Miami, FL 33131-1605** | | | **Representing:** <br> **GE Money Bank c/o B-Line, LLC** | | | | **Notice Only** |
| Account No. <br> **George Sperry Jr. & Assoc, CPA** <br> **Attn: Managing Agent** <br> **11111 Carmel Commons Blvd, Ste 110** <br> **Charlotte, NC 28226** | | - | **Business debt. Personal guarantee.** | | | | **Unknown** |
| Account No. <br> **Henry Whitesides, Esq** <br> **PO Box 1476** <br> **Gastonia, NC 28053** | | - | **Attorney handling lawsuit against Nationwide for non-payment of claims.** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-5546** <br> **Home Depot Cr Serv Corresp** <br> **Attn: Managing Agent** <br> **PO Box 653000** <br> **Dallas, TX 75265-3000** | X | - | **Credit card purchases. Business debt. Personal guarantee.** | | | | **2,334.00** |
| Account No. <br> **Horry County Tax Collector** <br> **Johnny C. Allen-Co. Treasurer** <br> **PO Box 1237** <br> **Conway, SC 29529** | | - | **Possible SC condo deficiency** | | | | **Unknown** |

Sheet no. **8** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,334.00**

In re **Allen Dale Sisler**, Case No. **11-00787-8-JRL**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jeffrey E Vandall<br>5151 Pine Springs Drive<br>Bessemer City, NC 28016-5602 | X | - | Business debt. Camelot #1 Homes | | | X | Unknown |
| Account No.<br><br>Jim Stewart, Ins Appraiser<br>Stewart Cooper & Newell Architects<br>719 E Second Ave<br>Gastonia, NC 28054 | | - | Business debt. Personal guarantee. | | | | 5,000.00 |
| Account No.<br><br>Jon Gore<br>PO Box 8<br>Little River, SC 29566-0008 | | - | Business debt. Personal guarantee. | | | | 250,000.00 |
| Account No.<br><br>Keith Hill & Donna Brown<br>5161 Green Road<br>Stanley, NC 28164-1299 | | - | Business debt. Camelot #1 Homes | | | | Unknown |
| Account No.<br><br>Letisha Mosteller<br>1077-C Alexandre Road<br>Lincolnton, NC 28092-7919 | | - | Business debt. Camelot #1 Homes | | | | Unknown |

Sheet no. **9** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **255,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Allen Dale Sisler**                                              ,   Case No.   **11-00787-8-JRL**
                                  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx2552<br><br>**Litton Loan Servicing - Avelo**<br>**Attn: Bankruptcy Dept**<br>**4828 Loop Central Drive**<br>**Houston, TX 77081-2226** | | - | **Possible deficiency on short sale: 103 Cambridge Circle, Murrells Inlet, SC** | | | | **Unknown** |
| Account No. xxx-xxxx-xxx9693<br><br>**Lowe's - GEMB Bky Notices**<br>**c/o Bankruptcy Department**<br>**PO Box 103104**<br>**Roswell, GA 30076-9104** | X | - | **Credit card purchases. Business debt. Personal guarantee.** | | | | **5,520.00** |
| Account No. xxxxxxxxxxxx9693<br><br>**Allied Interstate Inc.-Home Office**<br>**Attn: Managing Agent**<br>**3000 Corporate Exchange Dr 5th Floor**<br>**Columbus, OH 43231** | | | **Representing:**<br>**Lowe's - GEMB Bky Notices** | | | | **Notice Only** |
| Account No.<br><br>**McLamb Holdings/Royal Land Develop.**<br>**Attn: Wilbur McLamb**<br>**PO Box 8**<br>**Little River, SC 29566-0008** | | - | **Business debt. Personal guarantee. Collateral for this debt was restaurant & equipment. Debtor believes Titus Grren, who took back building, should have paid this debt.** | | | X | **250,000.00** |
| Account No.<br><br>**Michael & Charity McDaniel**<br>**91 Old Mine Road**<br>**Mount Holly, NC 28120** | | - | **Former customer** | | | X | **Unknown** |

Sheet no. __10__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **255,520.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Allen Dale Sisler**, Case No. **11-00787-8-JRL**
　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Monique Daughtery<br>1826 Stroud Road<br>Richburg, SC 29729 | | - | Former client promised by new owner of Camelot #1 Homes that work would be done and Debtor would pay. | | | | Unknown |
| Account No.<br><br>Kevin & Monique Daughtery<br>1476 Springpoint Road<br>Rock Hill, SC 29732 | | | Representing:<br>Monique Daughtery | | | | Notice Only |
| Account No. **xxxxx-0003**<br><br>NC Department of Insurance<br>Attn: Managing Agent<br>1202 Mail Service Center<br>Raleigh, NC 27699-1202 | X | - | Business expense. Camelot #1 Homes. | | | X | Unknown |
| Account No.<br><br>Precision Climate<br>Attn: Managing Agent<br>1335 Blacksnake Road<br>Stanley, NC 28164 | | | Representing:<br>NC Department of Insurance | | | | Notice Only |
| Account No. **xxx-0432**<br><br>NC Real Estate Commission<br>Attn: Managing Agent<br>PO Box 17100<br>Raleigh, NC 27619-7100 | X | - | Business expense. Camelot #1 Homes. | | | X | Unknown |

Sheet no. **11** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Allen Dale Sisler**, Case No. **11-00787-8-JRL**
                             Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Nicholas Ray Hamilton**<br>**1804 Bon Rae Drive**<br>**Rock Hill, SC 29730-3007** | | | **Representing:**<br>**NC Real Estate Commission** | | | | **Notice Only** |
| Account No.<br><br>**Radermacher Construction**<br>**Attn: Managing Agent**<br>**1097 N Beersheba**<br>**Clover, SC 29710** | X | - | **Business debt. Camelot #1 Homes** | | | X | **Unknown** |
| Account No. **xxxxxx2334**<br><br>**RBC Centura Bank - Service Agent**<br>**Jeanna Harrell or Richard Ramsay**<br>**PO Box 1220**<br>**Rocky Mount, NC 27802-1220** | | - | **Business debt. Personal guarantee.** | | | | **29,545.00** |
| Account No. **xxxxxx2334**<br><br>**RBC Centura Bank - Service Agent**<br>**Jeanna Harrell or Richard Ramsay**<br>**PO Box 1220**<br>**Rocky Mount, NC 27802-1220** | X | - | **Business debt. Personal guarantee.** | | | | **30,000.00** |
| Account No. **xxx-xx6-797; xxx-xx6-798**<br><br>**Receivable Management Services**<br>**Attn: Managing Agent**<br>**PO Box 523**<br>**Richfield, OH 44286-0523** | | - | **Collections** | | | | **Unknown** |

Sheet no. **12** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **59,545.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

In re **Allen Dale Sisler**, Case No. **11-00787-8-JRL**
　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x-xxxx-xxx8291**<br>**Republic Waste Services**<br>**Attn: Managing Agent**<br>**PO Box 9001840**<br>**Louisville, KY 40290-1840** | X | - | **Business debt. Camelot #1 Homes** | | | X | **Unknown** |
| Account No.<br>**Ricky Lowrance**<br>**4574 Tekoa Drive**<br>**Gastonia, NC 28052** | X | - | **Business debt. Camelot #1 Homes** | | | X | **Unknown** |
| Account No.<br>**Robert C Walters Plumbing**<br>**Attn: Managing Agent**<br>**PO Box 624**<br>**Kings Mountain, NC 28086** | X | - | **Business debt. Camelot #1 Homes** | | | X | **Unknown** |
| Account No.<br>**Sharon D Sisler**<br>**225 Plott Hound Lane**<br>**Wake Forest, NC 27587-8361** | | - | **Possible spousal claim for alimony, maintenance, support, contribution, indemnity & equitable distribution** | | | | **Unknown** |
| Account No.<br>**Spratlin Hardware & Bldg Supply Co**<br>**Attn: Managing Agent**<br>**PO Box 66**<br>**Lincolnton, GA 30817** | | - | **Business debt. Personal guarantee.** | | | X | **3,702.73** |

Sheet no. __13__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **3,702.73**

B6F (Official Form 6F) (12/07) - Cont.

In re **Allen Dale Sisler**, Case No. **11-00787-8-JRL**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Hatmaker & Associates**<br>**Attn: Robert C Eskin**<br>**1156 South US Hwy 1**<br>**Vero Beach, FL 32962** | | | **Representing:**<br>**Spratlin Hardware & Bldg Supply Co** | | | | **Notice Only** |
| Account No. **xxx #: xxx xxxxxx2000**<br><br>**Stan Taylor Ins. Co**<br>**Attn: Managing Agent**<br>**PO Box 18106**<br>**Raleigh, NC 27619** | X | - | **Business debt. Personal guarantee. Camelot #1 Homes** | | | X | **Unknown** |
| Account No. **5114**<br><br>**Steven King**<br>**104 Wanda Ann Lane**<br>**Inman, SC 29349-9442** | | - | **Business debt. Personal guarantee.** | | | | **1,000.00** |
| Account No. **xxxxxxxxxx-xxxxxx802-6**<br><br>**Time Warner Cable**<br>**Attn: Managing Agent**<br>**PO Box 70872**<br>**Charlotte, NC 28272** | X | - | **Business debt. Camelot #1 Homes** | | | X | **Unknown** |
| Account No.<br><br>**Timothy Walker**<br>**2626 S York Road**<br>**Gastonia, NC 28052** | | - | **Business debt. Personal guarantee.** | | | | **Unknown** |

Sheet no. **14** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Allen Dale Sisler**, Case No. **11-00787-8-JRL**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Tina Bishop Dennis**<br>**145 Hub Carpenter Road**<br>**Bessemer City, NC 28016** | X | - | **Business debt. Camelot #1 Homes** | | | X | Unknown |
| Account No.<br>**Titus Green**<br>**2109 Windermere Lane**<br>**Shelby, NC 28150-2913** | | - | **Business debt. Personal guarantee.** | | | X | Unknown |
| Account No.<br>**Southeast Capital Assoc**<br>**Attn: Managing Agent**<br>**1401 W Morehead Street, #125**<br>**Charlotte, NC 28208** | | | **Representing:**<br>**Titus Green** | | | | Notice Only |
| Account No.<br>**TS Holt and Company**<br>**Attn: Managing Agent**<br>**PO Box 16209**<br>**Greenville, SC 29606** | | - | **Business debt. Personal guarantee.** | | | | Unknown |
| Account No.<br>**TS Holt Bond Co**<br>**Attn: Managing Agent**<br>**PO Box 16209**<br>**Greenville, SC 29606** | | - | **Business debt. Personal guarantee.** | | | | Unknown |

Sheet no. **15** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Allen Dale Sisler**, Case No. **11-00787-8-JRL**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**What's Up Shopper, Inc.**<br>**Attn: Managing Agent**<br>**PO Box 415**<br>**Cherryville, NC 28021** | X | - | **Business debt. Camelot #1 Homes** | | | X | **Unknown** |
| Account No.<br>**Wilbur McLamb**<br>**PO Box 8**<br>**Little River, SC 29566-0008** | | - | **Business debt. Personal guarantee.** | | | | **250,000.00** |
| Account No.<br>**Williams Concrete Finishing**<br>**Attn: Managing Agent**<br>**PO Box 417**<br>**Boiling Springs, NC 28017** | X | - | **Business debt. Camelot #1 Homes** | | | X | **Unknown** |
| Account No.<br>**Winfield Supply Inc**<br>**Attn: Managing Agent**<br>**4839 E Wilkinson Blvd**<br>**Gastonia, NC 28056** | | - | **Business debt. Personal guarantee.** | | | | **Unknown** |
| Account No.<br>**Zip Local**<br>**Attn: Managing Agent**<br>**PO Box 2277**<br>**Orem, UT 84059** | X | - | **Business debt. Camelot #1 Homes** | | | X | **Unknown** |

Sheet no. __16__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **250,000.00**

Total (Report on Summary of Schedules) **883,300.47**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Allen Dale Sisler**                                         Case No.  **11-00787-8-JRL**
                        Debtor(s)                                    Chapter   **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __41__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March 4, 2011**              Signature  **/s/ Allen Dale Sisler**
                                                **Allen Dale Sisler**
                                                Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.