B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **Allen Dale Sisler** _____ ,
Debtor

Case No. __**11-00787-8-JRL**__

Chapter _____**13**_____

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 542,863.00 | | |
| B - Personal Property | Yes | 4 | 103,164.00 | | |
| C - Property Claimed as Exempt | Yes | 5 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 262,929.55 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 740,148.44 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,987.63 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,888.53 |
| Total Number of Sheets of ALL Schedules | | 42 | | | |
| Total Assets | | | 646,027.00 | | |
| Total Liabilities | | | | 1,003,077.99 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re  **Allen Dale Sisler**
_____ ,
Debtor

Case No. **11-00787-8-JRL**

Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,987.63 |
| Average Expenses (from Schedule J, Line 18) | 5,888.53 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,219.67 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 4,796.27 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 740,148.44 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 744,944.71 |

B6F (Official Form 6F) (12/07)

In re    **Allen Dale Sisler**                                                    ,    Case No.    **11-00787-8-JRL**
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **x3947** | | | | | Charges made by Camelot Homes after it was sold.  Debtor did not apply for this loan, nor did he sign any paperwork. | | | | |
| 1 Source Data Acctg Dept Attn: Managing Agent 6106 Innovation Way Carlsbad, CA 92009-1728 | X | - | | | | | | X | 1,846.08 |
| Account No. **x3689** | | | | | Business debt. Camelot #1 Homes | | | | |
| A Sani-Can Attn: Managing Agent 8151 Webbs Road Denver, NC 28037 | X | - | | | | | | X | Unknown |
| Account No. | | | | | Possible charges arrising from fire of Western Sizzlin' | | | | |
| AMCO Ins Co dba Nationwide Attn: Managing Agent 1100 Locust Des Moines, IA 50391 | | - | | | | | | | Unknown |
| Account No. | | | | | Representing: AMCO Ins Co dba Nationwide | | | | |
| AMCO Ins Co dba Nationwide Attn: Managing Agent PO Box 30000 Raleigh, NC 27622-3000 | | | | | | | | | Notice Only |
| __18__  continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 1,846.08 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Allen Dale Sisler** _____,      Case No. __**11-00787-8-JRL**__
                              Debtor

## AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxx4082**<br><br>**Aurora Loan Services**<br>**Attn: Bankruptcy Corresp**<br>**PO Box 1706**<br>**Scottsbluff, NE 69363-1706** | | - | | | Possible deficiency on foreclosure: 401 Cambrige Circle, Garden City, SC | | | | **Unknown** |
| Account No.<br><br>**Myrtle Greens HOA**<br>**Attn: Managing Agent**<br>**395 Myrtle Greens Drive**<br>**Conway, SC 29526** | | | | | Representing:<br>Aurora Loan Services | | | | **Notice Only** |
| Account No.<br><br>**Baker Distributers**<br>**Attn: Managing Agent**<br>**501 W Main Ave**<br>**Gastonia, NC 28052** | | - | | | Business debt. Personal guarantee. | | | | **Unknown** |
| Account No.<br><br>**Baldwin Co Public Fire Adjusters**<br>**Attn: Don Foster**<br>**222 Balwin Ave**<br>**Charlotte, NC 28204** | | - | | | Business debt. Personal guarantee. (Bill has not yet been received.) | | | | **Unknown** |
| Account No.<br><br>**Bass Grading Inc.**<br>**Attn: Managing Agent**<br>**4870 Caleb Road**<br>**Maiden, NC 28650** | X | - | | | Business debt. Camelot #1 Homes | | | X | **Unknown** |

Sheet no. __**1**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Allen Dale Sisler**                                    ,   Case No.   **11-00787-8-JRL**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0473** <br><br> **Belfor Construction** <br> **Attn: Managing Agent** <br> **4800 F Sirus Lane** <br> **Charlotte, NC 28208** | X | - | | **Business debt. Personal guarantee. (Interest has not been added to total.)** | | | X | **5,834.00** |
| Account No. **xxxxxx0473** <br><br> **Belfor USA Group** <br> **Attn: Managing Agent** <br> **185 Oakland Ave, Ste 300** <br> **Birmingham, MI 48009** | | | | **Representing:** <br> **Belfor Construction** | | | | **Notice Only** |
| Account No. **3524** <br><br> **Bennett Brick** <br> **Attn: Jon Bennett** <br> **PO Box 10** <br> **Kings Mountain, NC 28086** | X | - | | **Business debt. Personal guarantee. Camelot #1 Homes** | | | X | **Unknown** |
| Account No. **xxx xxxxx33-00** <br><br> **Bennett Truck Transport LLC** <br> **Attn: Managing Agent** <br> **PO Box 100005** <br> **McDonough, GA 30253-9305** | X | - | | **Charges made by Camelot Homes after it was sold. Debtor did not apply for this loan, nor did he sign any paperwork.** | | | X | **1,248.00** |
| Account No. <br><br> **Champion Homes** <br> **Attn: Managing Agent** <br> **PO Box 1148** <br> **Lillington, NC 27546** | | | | **Representing:** <br> **Bennett Truck Transport LLC** | | | | **Notice Only** |

Sheet no. __2__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **7,082.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Allen Dale Sisler**                                                    ,       Case No.   **11-00787-8-JRL**
                                              Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Camelot #1 Homes** <br> **Attn: Managing Agent** <br> **2626 S York Road** <br> **Gastonia, NC 28052** | | - | | Business debt. Personal guarantee. | | | | **Unknown** |
| Account No. **xxx #x: x1011; x9868** <br><br> **Century Building Supply** <br> **Attn: Managing Agent** <br> **215 Bulb Avenue** <br> **Gastonia, NC 28052** | X | - | | Business debt. Personal guarantee. Camelot #1 Homes | | | X | **203.00** |
| Account No. <br><br> **Chen Development LLC** <br> **Attn: Managing Agent** <br> **21235 Catawba Ave** <br> **Cornelius, NC 28031** | | - | | Business Debt. Personal guarantee. | | | | **9,900.00** |
| Account No. **xxxx185.0; xxxx945.0** <br><br> **Cherry, Bekaert & Holland** <br> **Attn: TJ Wilson** <br> **1111 Metropolitan Ave, Ste 1000** <br> **Charlotte, NC 28204** | X | - | | Business debt. Personal guarantee. Camelot #1 Homes | | | X | **4,200.00** |
| Account No. **xxxx185.0** <br><br> **Cherry, Bekaert & Holland** <br> **Attn: Managing Agent** <br> **PO Box 25549** <br> **Richmond, VA 23261-5549** | | | | Representing: <br> Cherry, Bekaert & Holland | | | | **Notice Only** |

Sheet no. __3___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,303.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Allen Dale Sisler**                                                                    ,      Case No.   **11-00787-8-JRL**

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Notices only | | | | |
| **Chex Systems, Inc.** **Attn: Customer Relations** **7805 Hudson Road, Ste 100** **Woodbury, MN 55125-1595** | | J | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **City of Gastonia** **Attn: Managing Agent** **PO Box 1748** **Gastonia, NC 28053** | | - | | | | | | **Unknown** |
| Account No. | | | | Business debt. Camelot #1 Homes | | | | |
| **Community First Media** **Attn: Managing Agent** **503 N Lafayette Street** **Shelby, NC 28150** | X | - | | | | | X | **Unknown** |
| Account No. | | | | Business debt. Personal guarantee. | | | | |
| **CVC Equipment** **Attn: Walter Vess Jr.** **316 Old Stubbs Road** **Cherryville, NC 28021** | | - | | | | | | **Unknown** |
| Account No. | | | | Business debt. Personal guarantee. | | | | |
| **Cynthia Carswell** **2626 S York Road** **Gastonia, NC 28052** | | - | | | | | | **Unknown** |

Sheet no. __4__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Allen Dale Sisler**                                                    ,    Case No.    **11-00787-8-JRL**
                                            Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt. Personal guarantee. | | | | |
| **Cynthia Carswell / Tim Walker 2626 S York Rd Gastonia, NC 28052** | | - | | | | | | Unknown |
| Account No. | | | | Business debt. Camelot #1 Homes. | | | | |
| **David Lee David Lee Mobile Home Trucking 1142 Old Willis School Road Dallas, NC 28034-8691** | | - | | | | | | Unknown |
| Account No. | | | | Business debt. Personal guarantee. | | | | |
| **DF Mobile Home Movers Attn: Donald Freeman PO Box 98 Crouse, NC 28033** | | - | | | | | | Unknown |
| Account No. xxx.x4400 | | | | Business debt. Personal guarantee. Camelot #1 Homes | | | | |
| **Dixie Group Attn: Managing Agent 2208 S Hampton Street Dalton, GA 30721** | X | - | | | | | X | Unknown |
| Account No. | | | | Business debt. Camelot #1 Homes | | | | |
| **Donald Sossamon 7475 Sifford Road Stanley, NC 28164** | X | - | | | | | X | Unknown |

Sheet no. __5__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Allen Dale Sisler**                                                                                  ,        Case No.   **11-00787-8-JRL**
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **755** | | | | Business debt. Personal guarantee. Camelot #1 Homes.  The majority of this debt was charged by the new owners of Camelot #1 Homes after Debtor closed account on 8/29/10. | | | | |
| **Eagle Building Center Inc.** **Attn: Managing Agent** **PO Box 258** **Clover, SC 29710** | X | - | | | | | X | |
| | | | | | | | | **11,347.00** |
| Account No. **xxxx-xx-xx-x0102** | | | | Representing: Eagle Building Center Inc. | | | | |
| **Alford Haselden** **Haselden, Owen, et al** **PO Box 173** **Clover, SC 29710** | | | | | | | | **Notice Only** |
| Account No. **xxx7161** | | | | Business debt. Camelot #1 Homes | | | | |
| **Fairway Outdoor Advertising** **Attn: Managing Agent** **PO Box 60125** **Charlotte, NC 28260** | X | - | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-7726** | | | | Credit card purchases - BOA | | | | |
| **FIA Card Services** **Attn: Managing Agent** **1000 Samoset Dr DE5-023-03-03** **Newark, DE 19713** | | - | | | | | | |
| | | | | | | | | **9,462.30** |
| Account No. **xxxx-xxxx-xxxx-9850** | | | | Credit card purchases - BOA | | | | |
| **FIA Card Services** **Attn: Managing Agent** **1000 Samoset Dr DE5-023-03-03** **Newark, DE 19713** | | - | | | | | | |
| | | | | | | | | **3,715.71** |

Sheet no. __6___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            **24,525.01**

B6F (Official Form 6F) (12/07) - Cont.

In re  __Allen Dale Sisler_____,      Case No.   __11-00787-8-JRL_____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Business debt. Personal guarantee. | | | | |
| **G&G Masonry Attn: Bobby Gladden 113 Vida Lane Cherryville, NC 28021** | | | | | | | **Unknown** |
| Account No. **xxx-xxxx-xxx9693** | X | - | Credit card purchases. Business debt. Personal guarantee. Lowes. | | | | |
| **GE Money Bank c/o Recovery Mngt Systems Corp 25 SE 2nd Avenue, Suite 1120 Miami, FL 33131-1605** | | | | | | | **5,621.69** |
| Account No. **xxxxxxxxxxx9693** | | | Representing: GE Money Bank | | | | **Notice Only** |
| **Allied Interstate Inc.-Home Office Attn: Managing Agent 3000 Corporate Exchange Dr 5th Floor Columbus, OH 43231** | | | | | | | |
| Account No. **xxxx-xxxx-xxxx-9744** | X | - | Credit card purchases. Business debt. Personal guarantee.  Sam's Club Discover | | | | |
| **GE Money Bank c/o Recovery Mngt Systems Corp 25 SE 2nd Avenue, Suite 1120 Miami, FL 33131-1605** | | | | | | | **4,698.80** |
| Account No. **xxxx xxxx xxxx 9744** | | | Representing: GE Money Bank | | | | **Notice Only** |
| **Sam's Club Discover Corresp Attn: Managing Agent PO Box 981064 El Paso, TX 79998-1064** | | | | | | | |

Sheet no. __7___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **10,320.49** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Allen Dale Sisler**                                              ,        Case No.   **11-00787-8-JRL**

                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xxxx-xxx3668**<br><br>**GE Money Bank c/o B-Line, LLC**<br>**MS 550**<br>**PO Box 91121**<br>**Seattle, WA 98111-9221** | - | | **Credit card purchases**<br>**Lowe's** | | | | **3,134.66** |
| Account No.<br><br>**Recovery Management Systems Corp.**<br>**Attn: Ramesh Singh**<br>**25 SE 2nd Avenue, Suite 1120**<br>**Miami, FL 33131-1605** | | | **Representing:**<br>**GE Money Bank c/o B-Line, LLC** | | | | **Notice Only** |
| Account No.<br><br>**George Sperry Jr. & Assoc, CPA**<br>**Attn: Managing Agent**<br>**11111 Carmel Commons Blvd, Ste 110**<br>**Charlotte, NC 28226** | - | | **Business debt. Personal guarantee.** | | | | **Unknown** |
| Account No.<br><br>**Henry Whitesides, Esq**<br>**PO Box 1476**<br>**Gastonia, NC 28053** | - | | **Attorney handling lawsuit against Nationwide for non-payment of claims.** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-5546**<br><br>**Home Depot Cr Serv Corresp**<br>**Attn: Managing Agent**<br>**PO Box 653000**<br>**Dallas, TX 75265-3000** | X - | | **Credit card purchases. Business debt.**<br>**Personal guarantee.** | | | | **2,334.00** |

Sheet no. __8__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,468.66**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Allen Dale Sisler**                                                                ,          Case No.    **11-00787-8-JRL**
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible SC condo deficiency, 6-9-11 order granting obj to claim entered | | | | |
| Horry County Tax Collector Johnny C. Allen-Co. Treasurer PO Box 1237 Conway, SC 29529 | | - | | | | | | **Unknown** |
| Account No. | | | | Business debt. Camelot #1 Homes | | | | |
| Jeffrey E Vandall 5151 Pine Springs Drive Bessemer City, NC 28016-5602 | X | - | | | | | X | **Unknown** |
| Account No. | | | | Business debt. Personal guarantee. | | | | |
| Jim Stewart, Ins Appraiser Stewart Cooper & Newell Architects 719 E Second Ave Gastonia, NC 28054 | | - | | | | | | **5,000.00** |
| Account No. | | | | Business debt. Personal guarantee. | | | | |
| Jon Gore PO Box 8 Little River, SC 29566-0008 | | - | | | | | X | **250,000.00** |
| Account No. | | | | Representing: Jon Gore | | | | |
| McLamb Holdings/Royal Land Develop. Attn: Wilbur McLamb PO Box 8 Little River, SC 29566-0008 | | | | | | | | **Notice Only** |

Sheet no.  **9**  of  **18**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **255,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Allen Dale Sisler**                                              ,          Case No.   **11-00787-8-JRL**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Stone & Witt, PA** <br> **Attn. Bryan Stone** <br> **301 S McDowell Street, Ste 1000** <br> **Charlotte, NC 28204** | | | **Representing:** <br> **Jon Gore** | | | | **Notice Only** |
| Account No. <br><br> **Wilbur McLamb** <br> **PO Box 8** <br> **Little River, SC 29566-0008** | | | **Representing:** <br> **Jon Gore** | | | | **Notice Only** |
| Account No. <br><br> **Jon Gore** <br> **PO Box 8** <br> **Little River, SC 29566-0008** | - | | **9/09** <br> **Business debt. Personal guarantee.** | | | X | **100,000.00** |
| Account No. <br><br> **McLamb Holdings/Royal Land Develop** <br> **Attn: Wilbur McLamb** <br> **PO Box 8** <br> **Little River, SC 29566-0008** | | | **Representing:** <br> **Jon Gore** | | | | **Notice Only** |
| Account No. <br><br> **Wilbur McLamb** <br> **PO Box 8** <br> **Little River, SC 29566-0008** | | | **Representing:** <br> **Jon Gore** | | | | **Notice Only** |

Sheet no. __10__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **100,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Allen Dale Sisler**                                    ,    Case No.    **11-00787-8-JRL**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jon Gore**<br>**PO Box 8**<br>**Little River, SC 29566-0008** | | - | | **11-09**<br>**Business Debt. Personal guarantee.** | | | X | 100,000.00 |
| Account No.<br><br>**McLamb Holdings/Royal Land Develop**<br>**Attn: Wilbur McLamb**<br>**PO Box 8**<br>**Little River, SC 29566-0008** | | | | **Representing:**<br>**Jon Gore** | | | | Notice Only |
| Account No.<br><br>**Wilbur McLamb**<br>**PO Box 8**<br>**Little River, SC 29566-0008** | | | | **Representing:**<br>**Jon Gore** | | | | Notice Only |
| Account No.<br><br>**Keith Hill & Donna Brown**<br>**5161 Green Road**<br>**Stanley, NC 28164-1299** | | - | | **Business debt. Camelot #1 Homes** | | | | Unknown |
| Account No.<br><br>**Letisha Mosteller**<br>**1077-C Alexandre Road**<br>**Lincolnton, NC 28092-7919** | | - | | **Business debt. Camelot #1 Homes** | | | | Unknown |

Sheet no. __11__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **100,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   __Allen Dale Sisler_____,      Case No.   __11-00787-8-JRL_____
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx2552** <br><br> **Litton Loan Servicing - Avelo** <br> **Attn: Bankruptcy Dept** <br> **4828 Loop Central Drive** <br> **Houston, TX 77081-2226** | | - | **Possible deficiency on short sale: 103 Cambridge Circle, Murrells Inlet, SC** | | | | **Unknown** |
| Account No. <br><br> **Michael & Charity McDaniel** <br> **91 Old Mine Road** <br> **Mount Holly, NC 28120** | | - | **Former customer** | | | X | **Unknown** |
| Account No. <br><br> **Monique Daughtery** <br> **1826 Stroud Road** <br> **Richburg, SC 29729** | | - | **Former client promised by new owner of Camelot #1 Homes that work would be done and Debtor would pay.** | | | | **Unknown** |
| Account No. <br><br> **Kevin & Monique Daughtery** <br> **1476 Springpoint Road** <br> **Rock Hill, SC 29732** | | | **Representing:** <br> **Monique Daughtery** | | | | **Notice Only** |
| Account No. **xxxxx-0003** <br><br> **NC Department of Insurance** <br> **Attn: Managing Agent** <br> **1202 Mail Service Center** <br> **Raleigh, NC 27699-1202** | X | - | **Business expense. Camelot #1 Homes.** | | | X | **Unknown** |

Sheet no. __12__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Allen Dale Sisler**                                      ,        Case No.   **11-00787-8-JRL**
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Representing: | | | | |
| **Precision Climate Attn: Managing Agent 1335 Blacksnake Road Stanley, NC 28164** | | | **NC Department of Insurance** | | | | **Notice Only** |
| Account No. **xxx-0432** | | | **Business expense. Camelot #1 Homes.** | | | | |
| **NC Real Estate Commission Attn: Managing Agent PO Box 17100 Raleigh, NC 27619-7100** | X | - | | | | X | **Unknown** |
| Account No. | | | Representing: | | | | |
| **Nicholas Ray Hamilton 1804 Bon Rae Drive Rock Hill, SC 29730-3007** | | | **NC Real Estate Commission** | | | | **Notice Only** |
| Account No. | | | **Down pymt for home. Pymt made AFTER business sold.** | | | | |
| **Nicholas Ray Hamilton 1804 Bon Rae Drive Rock Hill, SC 29730-3007** | | - | | | | X | **8,550.00** |
| Account No. | | | **Business debt. Camelot #1 Homes** | | | | |
| **Radermacher Construction Attn: Managing Agent 1097 N Beersheba Clover, SC 29710** | X | - | | | | X | **Unknown** |

Sheet no. __**13**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **8,550.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Allen Dale Sisler**                                                    ,          Case No.    **11-00787-8-JRL**
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx2334** <br><br>**RBC Centura Bank - Service Agent** <br>**Jeanna Harrell or Richard Ramsay** <br>**PO Box 1220** <br>**Rocky Mount, NC 27802-1220** | | - | | Business debt. Personal guarantee. | | | | **29,322.28** |
| Account No. **xxxxxx2334** <br><br>**RBC Centura Bank - Service Agent** <br>**Jeanna Harrell or Richard Ramsay** <br>**PO Box 1220** <br>**Rocky Mount, NC 27802-1220** | X | - | | Business debt. Personal guarantee. | | | | **30,000.00** |
| Account No. **xxx-xx6-797; xxx-xx6-798** <br><br>**Receivable Management Services** <br>**Attn: Managing Agent** <br>**PO Box 523** <br>**Richfield, OH 44286-0523** | | - | | Collections | | | | **Unknown** |
| Account No. **x-xxxx-xxx8291** <br><br>**Republic Waste Services** <br>**Attn: Managing Agent** <br>**PO Box 9001840** <br>**Louisville, KY 40290-1840** | X | - | | Business debt. Camelot #1 Homes | | | X | **Unknown** |
| Account No. <br><br>**Ricky Lowrance** <br>**4574 Tekoa Drive** <br>**Gastonia, NC 28052** | X | - | | Business debt. Camelot #1 Homes | | | X | **Unknown** |

Sheet no. __**14**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal <br> (Total of this page) | **59,322.28** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Allen Dale Sisler**                                                    ,          Case No.   **11-00787-8-JRL**
                                         Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Business debt. Camelot #1 Homes | | | | |
| Robert C Walters Plumbing Attn: Managing Agent PO Box 624 Kings Mountain, NC 28086 | X | - | | | | | | X | Unknown |
| Account No. | | | | | Possible spousal claim for alimony, maintenance, support, contribution, indemnity & equitable distribution | | | | |
| Sharon D Sisler 225 Plott Hound Lane Wake Forest, NC 27587-8361 | | - | | | | | | | Unknown |
| Account No. | | | | | Business debt. Personal guarantee. | | | | |
| Spratlin Hardware & Bldg Supply Co Attn: Managing Agent PO Box 66 Lincolnton, GA 30817 | | - | | | | | | X | 3,702.73 |
| Account No. | | | | | Representing: Spratlin Hardware & Bldg Supply Co | | | | Notice Only |
| Hatmaker & Associates Attn: Robert C Eskin 1156 South US Hwy 1 Vero Beach, FL 32962 | | | | | | | | | |
| Account No. xxx #: xxx xxxxxx2000 | | | | | Business debt. Personal guarantee. Camelot #1 Homes | | | | |
| Stan Taylor Ins. Co Attn: Managing Agent PO Box 18106 Raleigh, NC 27619 | X | - | | | | | | X | Unknown |

Sheet no. __15__ of __18__ sheets attached to Schedule of                          Subtotal                          3,702.73
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Allen Dale Sisler**                                          ,          Case No.    **11-00787-8-JRL**
                                                      Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5114** <br><br> **Steven King** <br>**104 Wanda Ann Lane** <br>**Inman, SC 29349-9442** | | - | Business debt. Personal guarantee. | | | | 1,000.00 |
| Account No. **xxxxxxxxx-xxxxxx802-6** <br><br> **Time Warner Cable** <br>**Attn: Managing Agent** <br>**PO Box 70872** <br>**Charlotte, NC 28272** | X | - | Business debt. Camelot #1 Homes | | | X | Unknown |
| Account No. <br><br> **Timothy Walker** <br>**2626 S York Road** <br>**Gastonia, NC 28052** | | - | Business debt. Personal guarantee. | | | | Unknown |
| Account No. <br><br> **Tina Bishop Dennis** <br>**145 Hub Carpenter Road** <br>**Bessemer City, NC 28016-7705** | X | - | Business debt. Camelot #1 Homes | | | X | 3,000.00 |
| Account No. <br><br> **Titus Green** <br>**2109 Windermere Lane** <br>**Shelby, NC 28150-2913** | | - | Business debt. Personal guarantee. | | | X | Unknown |

Sheet no. __16__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **4,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Allen Dale Sisler**                                                    ,          Case No.   __11-00787-8-JRL__
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Southeast Capital Assoc Attn: Managing Agent 1401 W Morehead Street, #125 Charlotte, NC 28208** | | | Representing: **Titus Green** | | | | **Notice Only** |
| Account No. | | | Business debt. Personal guarantee. | | | | |
| **TS Holt and Company Attn: Managing Agent PO Box 16209 Greenville, SC 29606** | | - | | | | | **Unknown** |
| Account No. | | | Business debt. Personal guarantee. | | | | |
| **TS Holt Bond Co Attn: Managing Agent PO Box 16209 Greenville, SC 29606** | | - | | | | | **Unknown** |
| Account No. xxx0186, 6556 | | | Possible deficiency on foreclosure: 380-G Myrtle Green, Conway, SC | | | | |
| **US Bank NA c/o BAC Home Loans Attn: Managing Agent Bky Dept 400 National Way MS CA6-919-01-23 Simi Valley, CA 93065-6414** | | - | | | | | **144,088.19** |
| Account No. | | | | | | | |
| **Myrtle Greens HOA Attn: Managing Agent 395 Myrtle Greens Drive Conway, SC 29526** | | | Representing: **US Bank NA c/o BAC Home Loans** | | | | **Notice Only** |

| | | |
|---|---|---|
| Sheet no. __17__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **144,088.19** |

B6F (Official Form 6F) (12/07) - Cont.

In re __Allen Dale Sisler_____,    Case No. __11-00787-8-JRL_____

                                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sarah D Miranda** <br> **Attorney for US Bank/BAC Home** <br> **Loans** <br> **PO Box 2505** <br> **Fayetteville, NC 28302-2505** | | | **Representing:** <br> **US Bank NA c/o BAC Home Loans** | | | | **Notice Only** |
| Account No. <br><br> **What's Up Shopper, Inc.** <br> **Attn: Managing Agent** <br> **PO Box 415** <br> **Cherryville, NC 28021** | X | - | **Business debt. Camelot #1 Homes** | | | X | **Unknown** |
| Account No. <br><br> **Williams Concrete Finishing** <br> **Attn: Managing Agent** <br> **PO Box 417** <br> **Boiling Springs, NC 28017** | X | - | **Business debt. Camelot #1 Homes** | | | X | **Unknown** |
| Account No. <br><br> **Winfield Supply Inc** <br> **Attn: Managing Agent** <br> **4839 E Wilkinson Blvd** <br> **Gastonia, NC 28056** | | - | **Business debt. Personal guarantee.** | | | | **Unknown** |
| Account No. ...4024 <br><br> **Zip Local** <br> **c/o Creditors Bky Service** <br> **PO Box 740933** <br> **Dallas, TX 75374** | X | - | **Business debt. Camelot #1 Homes** | | | X | **1,940.00** |

| | |
|---|---|
| Sheet no. __18__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) **1,940.00** |
| | Total (Report on Summary of Schedules) **740,148.44** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Allen Dale Sisler**                                                        Case No.  **11-00787-8-JRL**
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **In manager training** | **Disabled** |
| Name of Employer | **Sheetz** | |
| How long employed | **3 wks** | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ **3,250.00** | $ **0.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **3,250.00** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **734.37** | $ **0.00** |
| b. Insurance | $ **0.00** | $ **0.00** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **734.37** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **2,515.63** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **1,380.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): **Social Security disability** | $ **0.00** | $ **956.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): **IRA withdrawals** | $ **1,136.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **2,516.00** | $ **956.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **5,031.63** | $ **956.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **5,987.63** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
   **Wife was approved for SS disability after original filing.  Debtor began drawing less from IRA after W's disability began.**

B6J (Official Form 6J) (12/07)

In re **Allen Dale Sisler**      Case No.   **11-00787-8-JRL**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
|    a. Are real estate taxes included?     Yes ___    No **X** | | |
|    b. Is property insurance included?     Yes ___    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 233.00 |
|                b. Water and sewer | $ | 55.00 |
|                c. Telephone | $ | 186.00 |
|                d. Other  **Cable/Internet** | $ | 85.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 30.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 300.00 |
| 8. Transportation (not including car payments) | $ | 340.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 10.00 |
| 10. Charitable contributions | $ | 20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                a. Homeowner's or renter's | $ | 134.00 |
|                b. Life | $ | 0.00 |
|                c. Health | $ | 560.00 |
|                d. Auto | $ | 118.00 |
|                e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify)  **See Detailed Expense Attachment** | $ | 749.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                a. Auto | $ | 565.08 |
|                b. Other  **See Detailed Expense Attachment** | $ | 2,005.45 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **Education necessary to maintain employment** | $ | 18.00 |
|     Other  **Uniforms** | $ | 30.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,888.53 |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **Cost of living may increase due to market/political condtion** | | |

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 5,987.63 |
| b.   Average monthly expenses from Line 18 above | $ | 5,888.53 |
| c.   Monthly net income (a. minus b.) | $ | 99.10 |

B6J (Official Form 6J) (12/07)

In re   **Allen Dale Sisler**                                                                 Case No.   **11-00787-8-JRL**
                              Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Specific Tax Expenditures:**

| | | |
|---|---|---:|
| Property, tags, inspections.... | $ | 85.00 |
| Houses taxes | $ | 554.00 |
| Taxes on IRA | $ | 110.00 |
| **Total Tax Expenditures** | $ | **749.00** |

**Other Installment Payments:**

| | | |
|---|---|---:|
| HOA | $ | 50.00 |
| Second Vehicle | $ | 909.45 |
| Alarm system | $ | 34.00 |
| Wife's credit card | $ | 100.00 |
| Mortgage on Gastonia house | $ | 912.00 |
| **Total Other Installment Payments** | $ | **2,005.45** |

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Allen Dale Sisler**                                    Case No.   **11-00787-8-JRL**

                                    Debtor(s)          Chapter    **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **44** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 16, 2011**          Signature   **/s/ Allen Dale Sisler**
                                                  **Allen Dale Sisler**
                                                  Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.